IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

FAITH KOHLER,

        Plaintiff,

    v.                                      Case No. 2:15-cv-439-LA

MEGAN J. BRENNAN,
POSTMASTER GENERAL,

        Defendant.

## ORDER APPROVING PLAINTIFF'S EXPEDITED MOTION FOR AN INCREASE OF THIRTY-FIVE STATEMENTS OF ADDITIONAL FACT

After consideration of Plaintiff's Expedited Motion for an Increase of Thirty-Five Statements of Additional Fact,

IT IS HEREBY ORDERED that Plaintiff's Expedited Motion for an Increase of Thirty-Five Statements of Additional Fact is GRANTED.

SO ORDERED:

Dated: June 7, 2016        s/ Lynn Adelman
                                      HONORABLE LYNN ADELMAN
                                      United States District Court Judge